IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIM BONDS                                                    PLAINTIFF

v.                          No. 4:25-cv-505-DPM

COLUMBIA NATIONAL INSURANCE
COMPANY                                                      DEFENDANT

## JUDGMENT

Bonds's complaint is dismissed with prejudice.  The Court retains jurisdiction until 15 June 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_13 April 2026_